**So Ordered.**

**Dated: May 22nd, 2018**



*Frank L. Kurtz*
Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: ISMAEL ZURITA, and MARICELA ZURITA, <br><br> Debtor(s), | Case No. 17-03700-FLK7 <br><br> **Chapter 7** <br><br> **ORDER ASSUMING PURCHASE AND SALE CONTRACT** |

    THIS MATTER having come on by motion of the debtor to assume a real estate purchase and sale agreement; pursuant to FRBP 6006; notice having been given to the United States Trustee, A-Action Group Utilities, Inc., and Kevin O'Rourke, the Chapter 7 Trustee; and it appearing that no written objection to the motion has been timely filed; and the court being fully advised in the premises,

    IT IS HEREBY ORDERED that the real estate purchase and sale agreement between A-Action Group Utilities, Inc and the debtor(s) is assumed.

                          //// end of order ////

Presented By:

s/Patrick D. McBurney, Jr.
Patrick D. McBurney - Attorney at Law
6855 W. Clearwater Ave., Suite A103
Kennewick, WA 99352
Tel:(509) 374-8996; Fax:(509) 374-1296